# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

DANNY MANZANARES,

    Plaintiff,

vs.                                                  Civil No. 05-0095 WJ/LFG

SEAN HIGDON, an Officer of the
Albuquerque Police Department,
Individually,

    Defendant.

## ORDER DENYING PLAINTIFF'S RENEWED MOTION
## FOR JUDGMENT PURSUANT TO RULE 50

THIS MATTER comes before the Court pursuant to Plaintiff's Renewed Motion for Judgment Pursuant to Rule 50 of the Federal Rules of Civil Procedure (Doc. 110). For the reasons stated in this Court's Order filed May 7, 2007 (Doc. 106), Plaintiff's motion is DENIED.

**IT IS SO ORDERED**.

                                                            UNITED STATES DISTRICT JUDGE