IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANNY MANZANARES,

                Plaintiff,

vs.                                                           Civ. No. 05-0095 WPJ/LFG

SEAN HIGDON, an Officer of the
Albuquerque Police Department,
Individually,

                Defendant.

## PLAINTIFF'S NOTICE OF APPEAL

     Plaintiff **DANNY MANZANARES**, through his attorneys, Dennis W. Montoya, MONTOYA LAW, INC., and Arlon Stoker hereby gives notice of his appeal to the United States Tenth Circuit Court of Appeals from the Jury Verdict returned on March 15, 1007, the order denying Plaintiff's Rule 50 Motion, the orders denying his Renewed Motion for Judgment as a Matter of Law and Motion for New Trial entered herein on May 31, 2007 and any other final orders and judgments entered herein.

                                                Respectfully submitted,
                                                **MONTOYA LAW, INC.**

                                                **/s/ (electronically filed)**
                By:     _____
                                                Dennis W. Montoya
                                                Attorney for Danny Manzanares
                                                P.O. Box 15235
                                                Rio Rancho, NM   87174

                                                (505) 246-8499
                                                (505) 246-8599 (facsimile)

I certify that a true copy of the foregoing Notice of Appeal was filed and served upon opposing counsel via the court's electronic server.

**/s/ (electronically filed)**
_____
Dennis W. Montoya