IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DANNY MANZANARES,

    Plaintiff,

vs.                                    Civ. No. 05-95 JP/LFG

SEAN HIGDON, an Officer
of the Albuquerque Police Department,
Individually,

    Defendant.

## JUDGMENT

On December 7, 2009, a jury was selected for a trial on damages, only, and on December 11, 2009 the jury returned a verdict awarding Plaintiff, Danny Manzanares, $50,384 in compensatory damages and $150,000 in punitive damages against Defendant, Sean Higdon. Based on the verdict,

JUDGMENT is entered in favor of Plaintiff, Danny Manzanares, against Defendant, Sean Higdon, in the amount of $200,384.

                                                    _____
                                                    SENIOR UNITED STATES DISTRICT JUDGE