| | Dennis W. Montoya Time Sheet - Manzanares v. Higdon CIV 05-00095 | |
|---:|---|---:|
| 4/8/2002 | Review Client Intake Form Conduct online investigation | 5.2 |
| 4/12/2002 | Interview Client and MM re events; memo to file; discussion of contract; sent K home for review | 3.5 |
| 4/12/2002 | research on wrongful detention | 3.1 |
| 4/13/2002 | meeting with client review results and discuss case, retained. | 4.1 |
| 4/13/2002 | Met with paralegal bcc re initial investigative plan - who knows defendant? Directed him to contact investigators through [redacted] | 2.1 |
| 4/14/2002 | met with paralegal re garding results of investigation | 1.5 |
| 4/15/2002 | met with investigator [redacted] assigned tasks walked him through case basics and discussed needs | 2.2 |
| 4/16/2002 | strategy meeting with consulting expert memo to file and Telephone call to paralegal | 6.1 |
| 4/24/2002 | continued legal research regarding possible framing of case issues | 3.5 |
| 4/28/2002 | meet with investigator, joint call to client, new instructions to investigator, memo to file email to paralegal | 4.2 |
| 4/29/2002 | Telephone call client re questions and status | 1.8 |
| 4/29/2002 | email paralegal research request (mvd) | 0.2 |
| 4/30/2002 | read and review email from paralegal regarding request | 0.2 |
| 1/2/2005 | meet with paralegal regarding issues to be aware of for danny manzanares' deposition, review file and Telephone call to client | 5.4 |
| 1/2/2005 | Depo preparation Danny Manzanares | 4.2 |
| 1/3/2005 | Depo preparation Danny Manzanares | 4.0 |
| 1/3/2005 | review file meet with paralegal regarding information for danny deposition, memo to file | 3.2 |
| 1/4/2005 | Danny Depo Prep cont. | 4.3 |
| 1/5/2005 | Meet with paralegal and review issues for Miguel Rick Maestas depostions | 2.2 |
| 1/5/2005 | Maestas depo prep | 5.1 |
| 1/6/2005 | Manzanares Depo incl. prep review after memo on strategy thoughts to file tc potential witness | 7.7 |
| 1/6/2005 | Manzanares Depo: Rick Maestas, meet with client afterwards, memo to file and em to paralegal | 7.2 |
| 1/6/2005 | email to CA regarding Expert Witness Deadline | 0.1 |
| 1/6/2005 | letter from CA regarding Plaintiff motion to Amnd Complaint | 0.1 |
| 1/7/2005 | meet with investigator, meet with paralegal, teleconference with paralegal and client and memo to file, email to ALS | 5.5 |
| 1/8/2005 | read and review response from ALS, email to paralegal additional task | 0.5 |
| 1/8/2005 | memo to file regarding outcome of depositions and potential problems/strengths of deposition testimony | 2.8 |
| 1/9/2005 | email to investigator, possible info he could find to help case | 0.2 |
| 1/10/2005 | Meet with client to answer city discovery | 6.5 |

| Date | Description | Hours |
|---|---|---|
| 1/14/2005 | letter from CA regarding City of Albuquerque, SOP manual | 0.2 |
| 1/27/2005 | Finalized Higdon Complaint; Filed | 2.4 |
| 2/17/2005 | review return of service | 0.1 |
| 3/10/2005 | Review answ from defendant; memo to file; tc client; em to paralegal and to investigator | 5.2 |
| 3/11/2005 | meet with investigator to discuss preliminary findings, memo to file | 4.3 |
| 3/11/2005 | Review Init Sched Order and calendaring; email to client and paralegal | 1.1 |
| 3/12/2005 | meet with recommended police practice expert discuss facts of the case direct areas of inquiry, strategy | 4.4 |
| 3/19/2005 | letter to Danny sending Initial Scheduling Order | 0.1 |
| 3/19/2005 | letter to Danny sending Reply supp. Summ judg, ANS Plaintiff's complaint | 0.1 |
| 4/15/2005 | Review initial discl from defendant and memo to file tc client | 2.1 |
| 4/18/2005 | review initial disclosures from prior case, compare to new disclosures, notes and memo to file | |
| 4/18/2005 | Pltf portion of pdp | 1.2 |
| 4/20/2005 | Fed.R.Civ.P.16 conference before LFG (and prep / client explanation TC after) | 3.1 |
| 4/20/2005 | HEARING: Rule 16 Scheduling conference and prep | 2.0 |
| 4/21/2005 | meet with police expert decide not to proceed with use as named expert, but consulting instead, review and discuss opinions and considerations for trial and for discovery plan | 4.1 |
| 4/23/2005 | Review file and prepare init discs; TC client | 3.9 |
| 4/25/2005 | Review order adopting ptdp | 0.5 |
| 4/25/2005 | Review LFG discovery order and calendar, tc to paralegal | 0.8 |
| 4/25/2005 | Finalize init discs | 0.3 |
| 4/25/2005 | Prepare and file cert of serivce init discs | 0.3 |
| 4/25/2005 | letter from Judge Garcia, Reassignment of Discovery Time-period, per Jdg. Garcia | 0.1 |
| 4/25/2005 | letter to CA sending Certificate of Service | 0.1 |
| 4/25/2005 | letter to Danny sending Certificate of Service | 0.1 |
| 4/26/2005 | meet with investigator regarding findings and memo to file, em to paralegal | 4.8 |
| 4/27/2005 | Review IPTR, calendar and TC client and TC paralegal | 0.5 |
| 4/27/2005 | Call of the Calendar | 1.1 |
| 5/9/2005 | letter to Danny sending Order to vacate trial settings, ordr assign standard track | 0.1 |
| 5/15/2005 | met with client | 0.8 |
| 5/17/2005 | letter to Danny sending ordr grant plaintiff unopposed motion to ext. discovery | 0.1 |
| 5/20/2005 | review APD general orders and memo to file | 4.0 |
| 5/21/2005 | review photos memo on possible use at trial to file | 1.8 |
| 5/21/2005 | send APD general orders to consulting expert with memo on questions | 0.3 |
| 6/16/2005 | review response from expert, memo to file, Telephone call to client | 2.1 |
| 7/20/2005 | letter to CA regarding motion and order on IA file | 0.1 |
| 7/25/2005 | letter to CA regarding motion and order on IA file | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 7/25/2005 | letter from CA regarding Joint Motion for Protective Order | 0.1 |
| 8/12/2005 | met with client re status etc | 0.9 |
| 8/30/2005 | letter to CA regarding motion and order extending discovery | 0.1 |
| 8/31/2005 | letter to CA regarding confirm receipt of faxed letter from Mr. Montoya | 0.1 |
| 9/11/2005 | Meet with ALS review file together determine initial strategy, memo to file | 6.8 |
| 9/12/2005 | review EOA by ALS | 0.1 |
| 9/14/2005 | Prepare motion to extend discovery and other deadlines | 1.9 |
| 9/14/2005 | Begin Written discovery to Defendant | 6.4 |
| 9/14/2005 | letter to CA sending first set of discovery requests | 0.1 |
| 9/14/2005 | letter to CA sending motion and order to extend | 0.1 |
| 9/15/2005 | Draft and finalize discovery to def | 6.6 |
| 9/15/2005 | Send disc reqs to ALS to review | 0.1 |
| 9/16/2005 | File cert on disc reqs | 0.1 |
| 9/19/2005 | Review order granting motion to extend discovery; calendar | 0.2 |
| 9/23/2005 | letter to CA regarding depo dates | 0.2 |
| 9/27/2005 | letter to CA regarding depo dates again | 0.1 |
| 10/1/2005 | met with client discuss discovery budget | 0.9 |
| 10/3/2005 | letter to CA regarding depos on 13th pt 2 | 0.1 |
| 10/4/2005 | letter from CA regarding time extension, concerning discovery | 0.1 |
| 10/5/2005 | review and memo to file and memo to client re city discovery reqs | 4.3 |
| 10/17/2005 | email to CA regarding disc ext for defendants | 0.1 |
| 10/18/2005 | letter from Kathryn Levy, regarding Request to Inspect Public Records | 0.1 |
| 10/27/2005 | Meet with client to answer city discovery | 5.9 |
| 10/27/2005 | Telephone call to investigator | 0.8 |
| 10/27/2005 | Telephone call to consulting expert regarding answers and investigators thoughts | 1.3 |
| 10/28/2005 | Meet with client finish discovery responses | 6.2 |
| 11/1/2005 | Meet with ALS, Client and paralegal go over answers from city, memo to file, EM to paralegal | 4.8 |
| 11/3/2005 | Finalize and serve responses to def's disc reqs | 2.8 |
| 11/3/2005 | review and approve def requested prot order | 0.8 |
| 11/3/2005 | letter to CA regarding depos on 13th | 0.1 |
| 11/3/2005 | letter to CA sending answers to discovery | 0.1 |
| 11/4/2005 | Review Answers & Objections by Defendant Higdon | 3.1 |
| 11/7/2005 | review signed prot order | 0.1 |
| 11/7/2005 | letter to Danny sending Protective Order for contents of the personnel | 0.1 |
| 11/10/2005 | letter to CA regarding motion and or and dates | 0.1 |
| 11/22/2005 | letter from CA regarding to Judge Lorenzo F. Garcia | 0.1 |
| 11/22/2005 | letter from CA regarding time extension, concerning discovery | 0.1 |
| 11/28/2005 | letter from Judge Lorenzo F. Garcia to Kathryn Levy | 0.1 |
| 11/28/2005 | letter to Danny sending Protective Order for contents of the personnel | 0.1 |
| 11/29/2005 | review LFG order on info to be disclosed from personnel file | 0.2 |
| 12/1/2005 | letter from CA to Judge Garcia | 0.1 |
| 12/3/2005 | Review documents submitted, TC KL, TC client, memo to file | 2.4 |

| Date | Description | Hours |
|---|---|---|
| 12/5/2005 | review of docs gathered from other pltf counsel compare with produced docs, memo to file, Telephone call to investigator | 4.4 |
| 12/10/2005 | meet with investigator, memo to file, email to paralegal, Telephone call to ALS regarding investigator's results and recommendation. Telephone call consulting expert on police practices. | 6.5 |
| 12/11/2005 | letter to CA sending motion for extension for review | 0.1 |
| 12/12/2005 | letter to Danny sending motion for extension of time | 0.1 |
| 12/13/2005 | letter to CA sending unopposed motion for extension of time | 0.1 |
| 12/18/2005 | Prepare motion to extend discovery deadline for sole purpose of taking depositions | 0.8 |
| 12/27/2005 | Rev LFG order granting motion to extend discovery deadline | 0.1 |
| 12/29/2005 | Meeting with paralegal and review of documents gathered by paralegal from other attys re Higdon's bad acts and pattern and method of interacting with public as well as testifying - memo to file | 7.2 |
| 1/9/2006 | letter to CA sending Notice of deposition | 0.1 |
| 1/9/2006 | letter to Paul Baca sending Notice of deposition | 0.1 |
| 1/10/2006 | letter to Danny sending Notice to take deposition | 0.1 |
| 1/26/2006 | Review PTO | 1.8 |
| 1/28/2006 | prepare motion to continue (draft) for approval | 0.3 |
| 1/29/2006 | letter to Paul Baca, letterR cancellation of hearing, no Court Rep. necessary | 0.1 |
| 2/1/2006 | Review order granting continuance | 0.1 |
| 2/1/2006 | letter to Danny sending Pre-Trial Order/PDP | 0.1 |
| 2/3/2006 | Review order setting claendar settings, calendar, em to client | 0.4 |
| 2/10/2006 | letter to Danny sending Notice, 'for your information' | 0.1 |
| 2/15/2006 | letter to Danny sending new address, Pre-Trial Order/PDP | 0.1 |
| 3/3/2006 | meet with client regarding case updates plan of attack | 2.1 |
| 3/14/2006 | meet with investigator re new tasks | 0.4 |
| 3/19/2006 | Telephone call from investigator | 0.3 |
| 3/24/2006 | letter to Paul Baca sending Notice of deposition | 0.1 |
| 3/27/2006 | letter to Danny sending Notice to take deposition | 0.1 |
| 3/29/2006 | letter to CA sending Amended Notice of Deposition for David Saladin | 0.1 |
| 3/29/2006 | letter to Paul Baca sending Amended Notice of Deposition for David Saladin | 0.1 |
| 4/12/2006 | met with client re case update | 0.7 |
| 5/10/2006 | review file and materials relevant to offensive summary judgment, outlining, memo to file, email questions to paralegal. Telephone call to client. Telephone call to ALS re depo answers. | 4.0 |
| 5/11/2006 | Begin preparing motion for sj, legal research | 4.5 |
| 5/12/2006 | westlaw research re sj | 6.4 |
| 5/12/2006 | letter to Chris Lane regarding witness | 0.1 |
| 5/12/2006 | letter to Danny sending 'correspondence' | 0.1 |
| 5/13/2006 | westlaw research and drafting on msj | 7.2 |
| 5/14/2006 | work on MSJ research, meet with ALS | 6.8 |
| 5/15/2006 | Finalize MSJ and file | 4.1 |
| 5/15/2006 | letter to CA sending motion SJ | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 5/16/2006 | letter to Danny sending 'motion' | 0.1 |
| 5/18/2006 | review motion to strike, review correspondence - NOT the deal, research - tc client | 5.8 |
| 5/31/2006 | review response to msj/motion to strike review file regarding agreements, Telephone call to paralegal, Telephone call to client and research file regarding propriety of striking | 6.0 |
| 6/6/2006 | draft mo extend time to file response to motion to strike | 0.8 |
| 6/7/2006 | letter to CA sending motion to enlarge time to respond to motion strike | 0.1 |
| 6/7/2006 | letter to CA sending motion to enlarge time to respond to motion strike | 0.1 |
| 6/8/2006 | review order granting extension | 0.1 |
| 6/13/2006 | Draft and file response to motion to strike | 4.0 |
| 6/13/2006 | review order by Johnson granting motion to strike motion, in plan research on appealability and reversability, memo to file | 3.8 |
| 6/13/2006 | letter to CA sending Plaintiff's Response | 0.1 |
| 6/14/2006 | letter to Danny sending new address , Montoya, motion for Indiv'zed, Sequest. Voir Dire, & for Case-Specific Juror Questionnaire | 0.1 |
| 6/15/2006 | letter from CA regarding planned motion of points and authorities in support thereof | 0.1 |
| 6/15/2006 | letter to CA regarding draft of the ind seq motion | 0.1 |
| 6/15/2006 | letter to CA regarding position on motion ind seq voir dire | 0.1 |
| 6/16/2006 | letter to CA regarding what's your position on motion in limine No. 1 | 0.1 |
| 6/18/2006 | stratgy session with consulting expert re: pitfalls and awareness issues for motions in limine identified | 4.4 |
| 6/18/2006 | letter from CA regarding defendant's position on motion in limine("I am in receipt of your letter from 6/16/2006... | 0.1 |
| 6/19/2006 | researrch on keeping out "life in jeopardy" and "first responder" testimony | 5.3 |
| 6/20/2006 | Draft and file motion in limine no 1 life in jeopardy | 4.1 |
| 6/20/2006 | letter to CA sending motion in limine no 1 | 0.1 |
| 6/20/2006 | letter to Danny sending correspondence, motion in limine | 0.1 |
| 6/22/2006 | review def response to mo in limine no. 1 | 0.8 |
| 8/7/2006 | review order denying mo in limine no. 1 | 0.4 |
| 8/7/2006 | begin research on motion for individual, sequestered voir dire | 4.1 |
| 8/8/2006 | review notice of Jury selection | 0.1 |
| 8/16/2006 | review defense trial exhibit list | 0.2 |
| 8/16/2006 | prepare file exhibit list | 1.7 |
| 8/16/2006 | work on Motion to individual sequestered voir dire | 3.2 |
| 8/17/2006 | finalize and file motion for individual, sequestered voir dire | 5.8 |
| 8/17/2006 | draft and submit witness list | 1.8 |
| 8/17/2006 | letter to CA sending motion Ind Voir Dire and Witness and Exhibit List | 0.1 |
| 8/17/2006 | letter to CA sending position on motion in Limine No. 2 - DUI | 0.1 |
| 8/17/2006 | letter to Danny sending trial notice | 0.1 |
| 8/18/2006 | meet with paralegal regarding thoughts/research unrelated arrest other areas discussed for potential motions in limine - discuss tactics regarding motions, memo to file and email to ALS | 3.4 |

| Date | Description | Hours |
|---|---|---|
| 8/18/2006 | draft - mo in limine no 2 - unrelated misdemeanor arrest | 2.2 |
| 8/18/2006 | draft - mo in limine no 3 - nature of allegation against Miguel Maestas | 2.5 |
| 8/18/2006 | letter from CA regarding Defendant's planned motions in limine | 0.1 |
| 8/18/2006 | letter to Danny sending PL motion in limine | 0.1 |
| 8/19/2006 | letter from CA regarding Defendant's planned motion in Limine #3 | 0.1 |
| 8/20/2006 | draft - mo in limine no 4 - request that court take judicial notice of certain facts | 1.9 |
| 8/20/2006 | Work with ALS on jury instructions | 7.1 |
| 8/21/2006 | Finalize and submit jury instructions | 1.8 |
| 8/21/2006 | Review def mo in limine no. 1 to excl. internal affairs file, research | 1.4 |
| 8/21/2006 | review def mo in limine 2 to exclude SOPS, research memo to file EM to paralegal | 3.1 |
| 8/21/2006 | review defendant mo in limine 3 to exclude evidence, testimony or argument that Officer Higdon's actions were motivated by plaintiff's race, tc client, tc paralagel, em ALS and review em response ALS | 2.9 |
| 8/21/2006 | Pre-Trial Conference/J. Johnson | 1.2 |
| 8/21/2006 | letter to CA regarding proposed statement of the case | 0.1 |
| 8/21/2006 | letter to CA sending Motions in Limine 2 and 3 | 0.1 |
| 8/21/2006 | letter to Danny sending motion in limine | 0.1 |
| 8/22/2006 | Review order on motions in limine | 0.1 |
| 8/22/2006 | Review memo from consulting expert, memo to file and telephone call to client | 2.6 |
| 8/22/2006 | met with client to discuss pretrial conference and order and motions in limine | 1.9 |
| 8/22/2006 | Telephone call to consulting expert question based on client's observation | 0.3 |
| 8/23/2006 | Review defendants requested jury instructions. E-mail to paralegal. Memo to file Westlaw research | 2.2 |
| 8/23/2006 | letter to CA sending PL requested jury instr | 0.1 |
| 8/23/2006 | letter to Danny sending PL requested jury instr | 0.1 |
| 8/25/2006 | read and review Defendant's response to motion in limine number two | 1.9 |
| 8/25/2006 | Read and review defendant's response to motion in limine number three | 1.2 |
| 8/25/2006 | Read interview defendant's response to plaintiff's motion in the many number four, Westlaw research, e-mail to ALS, memo to file | 2.5 |
| 8/25/2006 | Review of defendant's objection to plaintiff's proposed jury instructions | 1.3 |
| 8/27/2006 | read and review ALS prepared voir dire, e-mail with suggestions, Telephone call with paralegal regarding voir dire | 2.1 |
| 8/28/2006 | legal research and draft response to motion in limine number three | 3.8 |
| 8/28/2006 | Prepare plaintiff's objections to the defendant's proposed voir dire teleconference with ALS and paralegal | 3.5 |
| 8/28/2006 | Research draft, and finalize reply in support of motion in limine number three by plaintiff (in teleconference with ALS and paralegal, as well as individually) | 5.1 |
| 8/28/2006 | HEARING: Motions in Limine / J. Johnson | 4.5 |
| 8/28/2006 | letter to CA sending Objections to Defendant's Proposed Voir Dire | 0.1 |
| 8/28/2006 | letter to CA sending plaintiff's voir dire | 0.1 |
| 8/28/2006 | letter to CA sending REP to response to plaintiff's motion in Limine no 3 | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 8/28/2006 | letter to CA sending response to Defendant motion in limine number three | 0.1 |
| 8/28/2006 | letter to Judge Johnson sending PL Proposed motion in limine | 0.1 |
| 8/28/2006 | letter to Judge Johnson sending plaintiff objections to Defendant proposed voir dire | 0.1 |
| 8/28/2006 | letter to Judge Johnson sending objections to Defendant's proposed voir dire | 0.1 |
| 8/28/2006 | letter to Judge Johnson sending reply to response to Plaintiff's motion in limine number three | 0.1 |
| 8/29/2006 | Review J. Johnson's order on motions in limine, prepare "open the door," etc. strategy memos for the file. Review research by paralegal. Meeting with ALS and client. | 3.5 |
| 8/30/2006 | Review order setting trial date | 0.1 |
| 8/30/2006 | Review or on plaintiff's motion in limine number one | 0.1 |
| 8/30/2006 | Review order on defendant's motion in limine number one | 0.1 |
| 8/30/2006 | review file and research regarding def's motion in limine number one | 3.1 |
| 9/1/2006 | read and review Defendant's objections to plaintiff's voir dire and memo to file | 4.1 |
| 9/5/2006 | Read and review order by Judge Johnson on defendant's objection to plaintiff's requested jury instructions. Westlaw research. Telephone call to client. Telephone call to ALS. E-mail to paralegal. Review response from paralegal. Telephone call to ALS. | 6.0 |
| 9/5/2006 | Review Judge Johnson's order regarding court's proposed jury instructions. | 0.3 |
| 10/17/2006 | Review the Judge's order regarding jury instructions and Telephone call to ALS | 1.0 |
| 10/18/2006 | Review order setting hearing on both sides objections to voir dire etc. Telephone call to client. Telephone call to her legal. E-mail to ALS | 0.8 |
| 10/18/2006 | letter to KL regarding subs and cooperating | 0.1 |
| 10/19/2006 | Partial Mock Trial (ALS and paralegal present) | 6.2 |
| 10/20/2006 | Meet with paralegal and ALS re trial strategy | 4.9 |
| 10/20/2006 | Hearing on MO in Limine J. Johnson | 2.3 |
| 10/20/2006 | HEARING: Parties' Objections to Voir Dire and Defendant's Objections to Plaintiff's Exhibits / Judge Johnson | 2.4 |
| 10/21/2006 | TRIAL Prep with ALS paralegal and client | 9.1 |
| 10/21/2006 | MEETING: with Client, status strategy updates costs | 3.2 |
| 10/22/2006 | Trial prep continued drafting opening and prcticing opening reviewing jury instructions | 8.4 |
| 10/23/2006 | Trial Day 1 - and prep | 10.3 |
| 10/24/2006 | Trial Day 2 - mistried, meeting with client and ALS and paralegal and research to determine ruling is not reviewable. | 11.4 |
| 10/24/2006 | letter to KL regarding settlement offer | 0.1 |
| 10/25/2006 | meet with client review trial notes | 2.3 |
| 10/31/2006 | letter to Danny sending order of mistrial | 0.1 |
| 11/28/2006 | Telephone call from client | 0.3 |
| 12/6/2006 | letter to Danny sending new address | 0.1 |
| 12/13/2006 | letter to Danny sending Notice of Jury Trial | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 1/3/2007 | HEARING: Calendar Call / Judge Johnson | 0.8 |
| 1/4/2007 | Review order by Judge Johnson granting plaintiff's motion to continue trial | 0.1 |
| 1/11/2007 | review research provided by other pltf counsel relevant to Manzanares | 4.8 |
| 1/25/2007 | letter to Danny sending Notice of Jury Trial | 0.1 |
| 2/20/2007 | letter to KL sending 1. Plaintiff's emergency Unopposed Motion to Vacate and Reschedule the January Trial Setting. | 0.1 |
| 2/22/2007 | letter to Danny sending Rescheduled trail date | 0.1 |
| 3/1/2007 | Met with paralegal re outstanding investigative and research issues, em memo to client | 3.4 |
| 3/3/2007 | focus panel on damages presentation | 4.1 |
| 3/4/2007 | read and review depositions, prep for examination and cross | 4.0 |
| 3/6/2007 | read and review investigative file, cads, sops, discuss with consulting expert, memo/outline for trial to file | 7.3 |
| 3/7/2007 | examination prep for trial, meet with paralegal regarding questioning suggestions, etc | 6.2 |
| 3/9/2007 | work on developing themes for trial presentation, review trial presentation technique texts, discuss strategy with ALS | 6.5 |
| 3/10/2007 | Review depositions, teleconference with ALS and paralegal regarding which portions should be used from which depositions. Telephone call to client. Note to file. Designate portions of Chester's deposition | 5.4 |
| 3/10/2007 | letter to KL regarding order of witnesses for second trial | 0.1 |
| 3/10/2007 | letter to KL regarding subpoena for C Chester for second trial | 0.1 |
| 3/11/2007 | Meet with ALS, paralegal, and client work through plan of attack, direct and cross (mock) of client, practice opening, practice closing with mock jurors | 9.3 |
| 3/12/2007 | Trial, including questioning witnesses, legal research, preparing before and after | 12.4 |
| 3/13/2007 | Trial, including questioning witnesses, legal research, preparing before and after | 14.3 |
| 3/14/2007 | Trial, including questioning witnesses, legal research, preparing before and after | 11.3 |
| 3/14/2007 | letter to Thomas Garret | 0.1 |
| 3/15/2007 | Jury note | 0.9 |
| 3/15/2007 | Argument re rule 50 | 0.7 |
| 3/21/2007 | Review order on briefing schedule for rule 50 motions | 0.2 |
| 3/21/2007 | letter to Danny sending Jury Instr, Clerks mins | 0.1 |
| 4/5/2007 | Westlaw research, prepare research plan, memo to file, e-mail to ALS re-rule 50 motion by plaintiff | 7.4 |
| 4/7/2007 | legal research for rule 50 motion | 5.2 |
| 4/9/2007 | legal research for rule 50 motion | 5.0 |
| 4/10/2007 | legal research for rule 50 motion | 6.4 |
| 4/11/2007 | letter to Danny sending Order denying motion for New Trial | 0.1 |
| 4/12/2007 | Complete first draft of rule 50 motion, e-mail to paralegal for additional inclusion of material gathered by paralegal and Telephone call to ALS regarding rule 50 motion. Telephone call to client regarding rule 50 motion. | 7.9 |

| Date | Description | Hours |
|---|---|---|
| 4/14/2007 | Review responses from paralegal and ALS regarding rule 50 motion complete second draft and e-mail to paralegal and ALS | 4.7 |
| 4/15/2007 | legal research and drafting on rule 50 motions | 8.5 |
| 4/16/2007 | research, drafting and finalize rules 50 motion including suggestions by paralegal and ALS | 8.8 |
| 4/16/2007 | Read and review defendant's rule 50 motion. Meet with ALS and paralegal. Telephone call to client regarding meeting and opinion. Memo to file and strategy memo to ALS and paralegal | 7.8 |
| 4/17/2007 | Conduct Westlaw research regarding plan of attack for appeal (if necessary), and defendant's claims. | 3.6 |
| 4/18/2007 | Meet with paralegal to discuss research assignments go over plan of attack to be ready in case of need for appeal | 2.1 |
| 4/23/2007 | letter to Danny sending Defendant's Memailorandum in Support of His Rule 50 Motion for Judgment as a Matter of L | 0.1 |
| 5/7/2007 | Read and review order by Judge Johnson denying plaintiff's rule 50 motion begin memo to file. Telephone conference with paralegal, client, ALS. | 5.9 |
| 5/9/2007 | Conduct Westlaw research regarding recent cases involving similar facts nationwide appeals. Memo to file regarding research results. Tell conference with paralegal and client. | 7.8 |
| 5/11/2007 | Meet with ALS regarding plan and strategy | 3.5 |
| 5/12/2007 | Read and review paralegal's results regarding planned appeal, memo to file | 3.0 |
| 5/14/2007 | Receive and review judgment in favor of defendant against the plaintiff | 0.1 |
| 5/14/2007 | Westlaw research regarding the need to file a renewed motion given that the judgment was not entered at the time | 2.1 |
| 5/18/2007 | letter to Danny sending  Order Lifting Stay and Dismissing Case with Prejudice | 0.1 |
| 5/29/2007 | File renewed rule 50 motion | 0.6 |
| 5/29/2007 | letter to Court Clerk sending Post Trial Motions | 0.1 |
| 5/31/2007 | Review order by Judge Johnson denying renewed motion pursuant to rule 50 | 0.1 |
| 6/6/2007 | letter to Danny sending Order denying Plaintiff's Motion for New Trial Pursuant to Rule 59(a | 0.1 |
| 6/17/2007 | meet with paralegal, plan of attack reviewed my westlaw findings and assigned research tasks | 3.1 |
| 6/18/2007 | Draft and file notice of appeal. pay filing fee | 0.5 |
| 7/2/2007 | letter to Danny sending Preliminary record, docket sheet, notice of appeal | 0.1 |
| 7/16/2007 | Complete transcript order form | 0.3 |
| 7/17/2007 | file transcript order form | 0.1 |
| 8/2/2007 | Meeting with client, ALS and paralegal re status on research and place on map of attack - thoughts for creatively move case through appeal - discussing other possible avenues of attack | 5.4 |
| 8/13/2007 | Meeting with paralegal re findings, em to client re results | 1.8 |
| 8/19/2007 | teleconference with client and ALS re thoughts on research and argument theory so far | 1.3 |
| 9/20/2007 | receive transcripts from court reporter | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 9/21/2007 | review transcripts of second trial, begin strategy memos to file | 7.3 |
| 9/25/2007 | review letter informing ct app transcript done | 0.1 |
| 9/26/2007 | read and review transcripts for appeal, outlining | 6.0 |
| 9/27/2007 | read and review transcripts for appeal, outlining | 6.4 |
| 9/28/2007 | read and review transcripts for appeal, outlining | 4.8 |
| 9/30/2007 | meet with paralegal and assign research task, read and review transcripts, tc to client regarding events, tc to ALS regarding questions about trial events | 5.8 |
| 10/2/2007 | teleconference with paralegal and ALS regarding case law for appeal | 1.5 |
| 10/8/2007 | review paralegal's results from research assignment, memo/outline, conduct onlie research | 4.4 |
| 10/11/2007 | legal research for appeal | 3.5 |
| 10/15/2007 | legal research for appeal, drafting appellate brief | 4.3 |
| 10/18/2007 | legal research for appeal, read and review transcripts | 6.2 |
| 11/5/2007 | Telephone call to KL office re: position on motion | 0.1 |
| 11/5/2007 | Telephone call to paralegal regarding deadline for opening brief | 0.2 |
| 11/12/2007 | drafting for appeal brief | 4.0 |
| 11/15/2007 | meet with client discuss appeal, questions on underlying events | 4.4 |
| 11/18/2007 | read and review depo and trial transcripts, memo for appeal brief, Telephone call to ALS | 5.5 |
| 12/20/2007 | Prepare appendix and table of contents for appendix, get produced | 5.8 |
| 12/22/2007 | drafting of appeal brief | 6.2 |
| 12/26/2007 | Finalize appeal brief-in-chief, prep for delivery to CTA | 7.8 |
| 2/27/2008 | Telephone call w/ ALS regarding impact of Defendant's failure to file an answer brief, Telephone call to clerk's office, legal research, memo to file. Telephone call to client | 3.1 |
| 11/26/2008 | read and review Defendant's response brief, notes to file | 6.4 |
| 11/29/2008 | research for reply brief | 6.5 |
| 12/2/2008 | research for reply brief, outlining | 5.8 |
| 12/3/2008 | meet with paralegal regarding research tasks, conduct legal research, outlining for reply brief | 8.4 |
| 12/4/2008 | meet with paralegal reviewing his results and discussing my findings, memo to file, Telephone call to ALS | 9.0 |
| 12/6/2008 | drafting reply brief | 6.0 |
| 12/7/2008 | drafting reply brief | 8.8 |
| 12/8/2008 | Finalize and submit reply brief | 8.3 |
| 1/7/2009 | read and review file in prep for appellate argument | 7.0 |
| 1/8/2009 | read and review depo transcripts in prep for oral argument | 5.4 |
| 1/9/2009 | read and review trial transcripts and practice possible questioning with paralegal | 9.5 |
| 1/10/2009 | Mock/moot Appeal Hearing practice | 6.1 |
| 1/11/2009 | Drive to Denver for Appellate Argument | 8.1 |
| 1/12/2009 | Appeal HEARING: Oral Argument / Judges Tacha, Ebel, and Lucero (and prep) | 4.0 |
| 1/13/2009 | Drive to Albuquerque from Denver following Aplt hearing | 8.2 |

| Date | Description | Hours |
|---|---|---|
| 8/10/2009 | read and review 10th cir. opinion and memo to file | 4.2 |
| 8/11/2009 | met with client expaining order | 1.3 |
| 8/12/2009 | Telephone call to ALS regarding order and discussing strategy | 1.0 |
| 8/13/2009 | review file, refresh, review old jury instructions memo to file on major changes to ji's and thoughts for strategy and from ALS | 4.4 |
| 8/18/2009 | read and review order transferring case to J. Parker | 0.1 |
| 8/20/2009 | review notice from ct setting dates | 0.1 |
| 9/9/2009 | meet with paralegal and prepare for pretrial conference review CADs and read part of 2nd trial transcript, review prior orders on motions in limine | 6.4 |
| 9/10/2009 | HEARING: Final Pretrial Conference / Judge Parker | 3.2 |
| 9/10/2009 | read and review trancripts of trial, direct examination outlining and prep, Telephone call to client, email to paralegal | 6.0 |
| 9/11/2009 | review order setting trial date | 0.1 |
| 9/11/2009 | review CTA mandate (filed in district ct.) | 0.1 |
| 9/11/2009 | meet with procedures expert re questions for Higdon, memo to file, em to ALS | 5.2 |
| 9/13/2009 | travel to meet with new witness (Ed Manzanares) | 1.6 |
| 9/13/2009 | meet with Ed Manzanares discuss planned areas of questioning explain process | 3.1 |
| 9/13/2009 | return travel to Albuquerque | 1.6 |
| 9/14/2009 | filing notice of additional witness (Ed Manzanares) | 0.1 |
| 10/19/2009 | review Defendant's witness list | 0.1 |
| 10/19/2009 | review Defendant's exhibit list | 0.1 |
| 10/19/2009 | draft and file witness list after Telephone conference with paralegal and ALS | 1.8 |
| 10/19/2009 | draft and file exhibit list | 0.2 |
| 10/21/2009 | review Defendant's proposed jury instructions, research law on proposed instructions, memo to file and Telephone call to ALS | 4.8 |
| 10/21/2009 | Telephone call from client regarding plan and questions about trial | 0.7 |
| 10/22/2009 | review Defendant's proposed voir dire, Telephone call to paralegal to assign research, Telephone call from paralegal regarding results, read and review email from paralegal | 3.0 |
| 10/22/2009 | Review defendant's submitted a proposed voir dire and proposed exhibits, Telephone call to ALS, Telephone call to paralegal | 2.1 |
| 10/23/2009 | review motion to vacate, Telephone call to client | 2.3 |
| 10/24/2009 | strategy meeting with consulting expert and hashing out questions, getting expert's perspective | 6.5 |
| 10/24/2009 | memo to file on information from meeting with consulting expert | 2.3 |
| 10/27/2009 | research and drafting response to motion to vacate and file | 2.3 |
| 10/28/2009 | trial (prep before and meeting with client after mistrial declared) | 12.1 |
| 11/28/2009 | research and drafting motions in limine (including researching J. Johnson's prior rulings) | 3.8 |
| 11/29/2009 | finalizing and filing motions in limine | 2.2 |
| 12/6/2009 | read trancripts in prep for trial on damages (from second and third trials) | 7.2 |
| 12/6/2009 | read trancripts in prep for trial on damages (from second and third trials) | 4.4 |

| Date | Description | Hours |
|---|---|---|
| 12/7/2009 | work with client on questioning emphasis on being prepared for cross-examination, memo/outline and meet with paralegal, Telephone call to ALS | 8.7 |
| 12/8/2009 | Mock jury presentation, refine questions, work with client on preparing for cross-examination, etc. | 9.0 |
| 12/9/2009 | trial prep research regarding jury instructions, read and review trial transcripts, prep questioning outline, meet with client, meet with ALS | 9.2 |
| 12/10/2009 | trial (incl. prep before and after in court time as well as in court time) | 12.2 |
| 12/11/2009 | trial (incl. prep before and after in court time as well as in court time) | 8.5 |
| 12/15/2009 | Meet with client explain process and usual time to get judgment money, meet with office staff regardng filing wrap up. Meet with ALS regarding plan for fee billing, etc. Memo to file on all areas of possible appeal for defendant and counter-arguments, case end memo. | 7.1 |

**Total Hours Spent on Case**
**1004.1**

**Subtotal (at $250/hr)**
**$251,025.00**

**NM GRT**
**$16,630.41**

**Total**
**$267,655.41**