Paralegal Timesheet - Manzanares (Brandon Cummings)

| Date | Description | Hours |
|---|---|---|
| 4/13/2002 | Met with Dennis W. Montoya tasked on investigative and legal research | 2.1 |
| 4/14/2002 | met with Dennis W. Montoya to inform him of my results from 4-13 tasking. | 1.5 |
| 4/16/2002 | call from Dennis W. Montoya regarding question on finding | 0.4 |
| 4/28/2002 | email from Dennis W. Montoya regarding additional task | 0.2 |
| 4/29/2002 | email from Dennis W. Montoya can we get mvd data | 0.1 |
| 4/30/2002 | email response to Dennis W. Montoya re q's | 0.3 |
| 1/2/2005 | meeting with Dennis W. Montoya regarding his request for information on important areas to know about re client's upcoming depo | 2.0 |
| 1/3/2005 | meeting with Dennis W. Montoya continuation of depo questions | 1.1 |
| 1/5/2005 | meet with Dennis W. Montoya present him with info gathered to review for Maestas depo and discuss information and areas of importance | 2.4 |
| 1/7/2005 | meeting with Dennis W. Montoya re tasks | 0.4 |
| 1/8/2005 | email from Dennis W. Montoya regarding questions in Manzanares | 0.2 |
| 3/10/2005 | email from Dennis W. Montoya Manzanares question | 0.2 |
| 11/1/2005 | meet with Dennis W. Montoya regarding Defendant's discovery responses and research tasks | 1.5 |
| 11/9/2005 | research questions and email to Dennis W. Montoya with findings | 4.4 |
| 12/10/2005 | email from Dennis W. Montoya regarding research task | 0.1 |
| 12/29/2005 | meet with Dennis W. Montoya regarding results and other pltf attys info (relevant to question) | 3.2 |
| 8/21/2006 | email from Dennis W. Montoya and response email to Dennis W. Montoya | 0.2 |
| 8/21/2006 | telephone call from Dennis W. Montoya re Manzanares research question | 0.4 |
| 10/19/2006 | Assist in mock trial presentation and questioning of mock jurors for useful themes (prepare what worked what didn't memo) | 6.2 |
| 10/20/2006 | meet with Dennis W. Montoya regarding trial strategy try out different themes, etc. | 4.9 |
| 10/21/2006 | assist Dennis W. Montoya and Arlon L. Stoker in trial prep with client, reviewing file pointing out key areas, email brief memo to each attorney | 7.8 |
| 10/23/2006 | assist at trial, organization and active listening to insure areas covered, paying attention to possible "door opening" per Dennis W. Montoya's memo | 9.5 |
| 10/24/2006 | assit at trial continued | 8.5 |
| 3/1/2007 | meeting with Dennis W. Montoya re his research requests | 2.9 |
| 3/11/2007 | trial prep and strategy session with Dennis W. Montoya and Arlon L. Stoker, prepping client, reviewing key areas. | 8.3 |
| 3/11/2007 | Research re: inapplicability of Terry v. Ohio investigative detention analysis | 3.2 |
| 3/12/2007 | assisting at trial | 9.3 |
| 3/13/2007 | assisting at trial | 9.6 |
| 3/14/2007 | assisting at trial | 8.5 |
| 5/10/2007 | prepare and send research memo to Dennis W. Montoya regarding appeal (tasked following trial loss) | 7.6 |
| 9/30/2007 | meeting with Dennis W. Montoya assignment of tasks and intial thoughts on tasks | 1.5 |

| Date | Description | Hours |
|---|---|---|
| 10/2/2007 | telephone conference call with Dennis W. Montoya and Arlon L. Stoker regarding Manzanares issues | 1.5 |
| 10/3/2007 | research on issues requestd by Dennis W. Montoya (online legal research - in plan) | 3.4 |
| 10/4/2007 | research for Dennis W. Montoya re Manzanares | 4.2 |
| 10/5/2007 | research and drafting research memo to Dennis W. Montoya | 8.4 |
| 10/8/2007 | finalize and send research memo to Dennis W. Montoya | 2.0 |
| 12/3/2008 | meet with Dennis W. Montoya regarding research tasks - Manzanares | 2.4 |
| 12/3/2008 | legal research re Manzanares memo for Dennis W. Montoya | 6.5 |
| 12/4/2008 | meet with Dennis W. Montoya regarding his questions on research | 1.8 |
| 1/10/2009 | assist in moot appellate presentation and questioning of Dennis W. Montoya | 6.0 |
| 12/5/2009 | find mock jurors for Dennis W. Montoya re Manzanares | 1.2 |
| 12/8/2009 | assist Dennis W. Montoya and Arlon L. Stoker in mock trial presentation | 9.0 |
| 12/9/2009 | assist Dennis W. Montoya and Arlon L. Stoker at trial in trial prep and research on jury instructions and update the open-the-door memo, email to each | 8.0 |
| 12/10/2009 | assist at trial, conduct real time research | 10.3 |
| 12/11/2009 | assist at trial conduct real time research | 8.2 |
| 12/15/2009 | meet with Dennis W. Montoya and Arlon L. Stoker re wrap up tasks | 2.8 |

time

**184.2**
**subtotal**
**$19,341.00**
**NMGRT - Bernalillo County**
**$1,281.34**
**total**
**$20,622.34**